03-14-00655-CR

THIRD COURT OF APPEALS

PRICE DANIEL SR. BLDG

209 W. 14TH St. RM 101

AUSTIN, TEXAS 78701

§
§
§
§
§
§
§

STATE OF TEXAS

_VS_

NATHANIEL FRAZIER

27TH OF APRIL 2015

RE: CAUSE NO D-13-0958SA

Dear Clerk ,

As I pray that this request reaches you in great health, I come to you with honors PRO SE. I NATHANIEL FRAZIER was accused of committing an act and violating Texas law on July 15, 2014 in the 391th district court and sentenced to 18 years in Texas Department Of Criminal Justice. At the time of sentencing I requested an appeal in front of Judge Tom Gossett, Tom Green County, Texas. As of to date I have yet received any documentation nor any paperwork from the trial courts in regards to above stated cause. I have written several certified letters to appointed appeals attorney JUSTIN MOCK out of San Angelo, Tx , to get any type of docket number of my request for appeal. I have yet to get any response from attorney, but outside family has spoken with him to only receive an answer of, he has filed an appeals brief on my behalf. I never was given a "Defendant's Certification of A Right To An Appeal" nor was one signed at the trial phase by Judge, trial Attorney, and I, to verify my request of record. As I ask repectfully and lawfully that your duties provide me with any information in regard to the above stated cause,so that I may proceed PRO SE in attempting to regain my freedom. I do understand that there is statute of limitations on submitting legal documents following the rules of the courts, but without proper representation and being a layman to the law, without the docket numbers , discoveries, transcripts, clerks record, and reporters records its almost impossible to proceed PRO SE, by right. At this time I ask in light of the law you provide me with any of such, and if there is a fee to provide me with total.

WHEREFORE thank you for your time and please file for record of courts and return at your earliest convenience.

(1) of (2)



RECEIVED
APR 2 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE

This is to certify that on the 27th of April 2015, a true and correct copy of the above and foregoing document was mailed First Class USPS, to be served on the clerk of the THIRD COURT OF APPEALS, Price Daniel Sr. Bldg, 209 W. 14th St. RM 101, Austin, Texas 78701, by NATHANIEL FRAZIER PRO SE # TDCJ 1942796.

NATHANIEL FRAZIER PRO SE

### UNSWORN DECLARATION

I NATHANIEL FRAZIER PRO SE, ACTING AS, being presently incarcerated at Connally Unit TDCJ in Carnes County, Texas, declare under penalty of perjury that the foregoing document is true and correct.

" EXECUTED on the- 27th of April,2015. _____ "

Signature

RESPECTFULLY,

CC: Court Appointed Attorney,
    JUSTIN MOCK
    Trial Court Clerk
    Family



NATHANIEL FRAZIER #1942796

CONNALLY     UNIT

899     FM     632

KENEDY,   TEXAS     78119

SAN ANTONIO
TX 780
27 APR '15
PM 1 L

THIRD COURT OF APPEALS

C/O O. CLERK JEFFREY D.KYLE

209 W. 14 TH St. RM 101

AUSTIN,   TEXAS 78701

US-
Legal
Mail-

27th of April 2015

7870161409